**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

VARNELL BRADLEY,                                                                                   PETITIONER
Reg #16981-045

v.                                            No. 2:10CV00064 JLH-JJV

T. C. OUTLAW, Warden                                                                            RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Bradley's Petition (Doc. No. 1) is DISMISSED with prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this 23rd day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE