# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

VARNELL BRADLEY,                                                                                    PETITIONER
Reg #16981-045

v.                                          No. 2:10CV00064 JLH-JJV

T. C. OUTLAW, Warden                                                                            RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this 23rd day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE